**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BBK Tobacco & Foods LLP, | No. CV-21-00620-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| World of Glass of Central Florida II LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's ex parte motion to extend time for service and for alternative service. (Doc. 15.) Plaintiff's motion and attached exhibits establish that Plaintiff has made good faith efforts to serve Defendant Mohamed Elkhaldi, Mr. Elkhaldi has avoided service, and Mr. Elkhaldi has actual notice of the lawsuit. Because Mr. Elkhaldi has notice of the lawsuit, the Court may authorize that alternative service be effectuated on him through his counsel, Louis Gigliotti. *See BMO Harris Bank, N.A. v. Guthmiller*, No. CV-14-00275, 2014 WL 2600362, at *4 (D. Ariz. June 10, 2014) (alternative service upon a party's counsel is permissible and satisfies constitutional requirements of notice). Plaintiff has established good cause for a 60-day extension of time for service and for service of process to be effectuated on Mr. Elkaldi by alternative means—through his counsel, Mr. Gigliotti. Accordingly,

/ / /

/ / /

**IT IS ORDERED** that Plaintiff's ex parte motion to extend time for service and for alternative service (Doc. 15) is **GRANTED.**

Dated this 6th day of July, 2021.

Douglas L. Rayes
United States District Judge